## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN LEE WEBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-1215-F |
| ) | |
| DON STEWART, Warden, ) | |
| CIMARRON CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Respondents. ) | |

## ORDER

This action involves a petition for a writ of habeas corpus. Magistrate Judge Robert E. Bacharach's Report and Recommendation (doc. no. 6) recommends that the action be transferred to the Northern District of Oklahoma.

The Report advised the parties of their right to object to the Report. The Report advised that any such objection must be filed by November 15, 2005. The Report further advised that failure to make timely objection to the Report would waive Mr. Weber's right to challenge the transfer in a subsequent appeal. No party has objected to the Report or sought an extension of time within which to object.

After study of the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determination. The court further finds that no purpose would be served by repeating those determinations, or the magistrate judge's analysis, here.

Therefore, the Report and Recommendation of Magistrate Judge Robert E. Bacharach is **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety. For the

-2-

reasons stated in the Report, this action is hereby transferred to the United States District Court for the Northern District of Oklahoma.

Dated this 16th day of November, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1215p002.wpd